# Exhibit 1

District 1

# Case Summary

### Case No. 2025L007984

| | | |
|---|---|---|
| **Vallery Capuchino -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | § § § § § § | Location: **District 1** <br> Judicial Officer: **Calendar, B** <br> Filed on: **06/23/2025** <br> Cook County Attorney Number: **56079** |

---

## Case Information

| | |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **06/23/2025  Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2025L007984 |
| Court | District 1 |
| Date Assigned | 06/23/2025 |
| Judicial Officer | Calendar, B |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Capuchino, Vallery** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.** | |

Printed on 03/26/2026 at 8:08 AM

District 1

## Case Summary

### Case No. 2025L007984

---

Events and Orders of the Court

---

08/22/2025
Summons Served - Corporation/Company/Business
*Affidavit of Service of Summons on defendant, Midea*
Party: Plaintiff Capuchino, Vallery
*Affidavit of Service of Summons on defendant, Midea*

08/20/2025
*CANCELED* **First Time Case Management**  (10:00 AM)  (Judicial Officer: Barrett, Michael B)
Resource: Location L2202 Court Room 2202
Resource: Location D1 Richard J Daley Center
*Order of Court*

08/08/2025
Summons Issued And Returnable
*Summons to Corelle Brands*
Party: Plaintiff Capuchino, Vallery
*Summons to Corelle Brands*

08/08/2025
Summons Issued And Returnable
*Summons to Midea America*
Party: Plaintiff Capuchino, Vallery
*Summons to Midea America*

07/24/2025
Strike From Case Management Call - Allowed      (Judicial Officer: Lyons, Thomas V., II)
Party: Plaintiff Capuchino, Vallery

07/24/2025
Place On Bankruptcy Calendar - Allowed -      (Judicial Officer: Lyons, Thomas V., II)
Party: Plaintiff Capuchino, Vallery

07/17/2025
Electronic Notice Sent
Party: Plaintiff Capuchino, Vallery
Party 2: Attorney Cesarone, Frank Vincent

07/17/2025
Electronic Notice Sent
Party: Plaintiff Capuchino, Vallery
Party 2: Attorney Cesarone, Frank Vincent

07/07/2025
Notice Filed
*Plaintiff's Notice of Stay (Capuchino)*
Party: Plaintiff Capuchino, Vallery
*Plaintiff's Notice of Stay (Capuchino)*

06/23/2025 New Case Filing

06/23/2025
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Complaint & Jury Demand (Cupachino)*
Party: Plaintiff Capuchino, Vallery
Party 2: Attorney Cesarone, Frank Vincent
*Complaint & Jury Demand (Cupachino)*

06/23/2025
Exhibits Filed
*Civil Cover Sheet (Cupachino)*
Party: Plaintiff Capuchino, Vallery
Party 2: Attorney Cesarone, Frank Vincent
*Civil Cover Sheet (Cupachino)*